FILED: August 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2293
(1:15-cv-00937-CCE-JLW)

_____

MICHELLE A. TRAPP; DAVID ALLEN TRAPP, on behalf of themselves and others similarly situated

      Plaintiffs - Appellants

v.

SUNTRUST BANK

      Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered July 6, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*